**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FIDELITY BANK OF TEXAS,

Plaintiff,

v. No. 1:26-cv-03071-JFR-LF

U.S. EAGLE FEDERAL CREDIT UNION,

Defendants.

**ENTRY OF APPEARANCE**

Jennings Haug Keleher McLeod Waterfall LLP (Benjamin F. Feuchter and Ryan M. Walters) hereby enters its appearance on behalf of Defendant U.S. Eagle Federal Credit Union in the above-referenced matter.

Respectfully submitted,

JENNINGS HAUG KELEHER
McLEOD WATERFALL LLP

By: *[/s/ Ben Feuchter](/s/ Ben Feuchter)*

Benjamin F. Feuchter
Ryan M. Walters
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jkwlawyers.com
rmw@jkwlawyers.com
*Attorneys for Defendant*

**Certificate of Service**

I hereby certify that on October 20, 2026, I served the foregoing on all parties entitled to notice through the Court's electronic filing system.

By: */s/ Ben Feuchter*
Benjamin F. Feuchter