IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FIDELITY BANK OF TEXAS,

Plaintiff,

v. Case No. 1:26-cv-03071-JFR-LF

U.S. EAGLE FEDERAL CREDIT UNION,

Defendant.

**ORDER FOR DEFENDANT TO FILE**
**AMENDED RULE 7.1 DISCLOSURE STATEMENT**

THIS MATTER is before the Court sua sponte. On October 21, 2026, to confirm that diversity jurisdiction exists in this matter, the Court ordered the parties to file disclosure statements pursuant to Federal Rule of Civil Procedure 7.1. Doc. 5. Defendant U.S. Eagle Federal Credit Union filed a Rule 7.1 disclosure statement on October 22, 2026, stating that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. Doc. 7 at 1.

Rule 7.1 does require nongovernmental corporations in all cases to identify any parent corporation and any publicly held corporation owning ten percent or more of its stock. FED. R. CIV. P. 7.1(a)(1). Defendant's disclosure statement satisfies this part of the rule. However, in cases invoking the Court's diversity jurisdiction, a party's Rule 7.1 disclosure statement must also "name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor[.]" FED. R. CIV. P. 7.1(a)(2). Defendant's disclosure statement does not identify its citizenship. The citizenship of a corporate party is determined by the states by which the party is incorporated in addition to the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

IT IS THEREFORE ORDERED that Defendant shall file an amended Rule 7.1 disclosure statement compliant with Rule 7.1(a)(2) no later than **November 6, 2026**.

Laura Fashing
United States Magistrate Judge